UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS – SACRAMENTO, et al.,<br><br>  Defendant. | 1:23-cv-00912-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1]

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

\\\

\\\

\\\

\\\

---

[1] Plaintiff has filed a motion to appoint counsel (ECF No. 2), which indicates that Plaintiff wishes to proceed *in forma pauperis*. However, the Court will require that Plaintiff complete the attached application.

1

**No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 20, 2023**                           /s/ Erin P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE