**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>    Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS—SACRAMENTO, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00912-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 33<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT<br><br>Doc. 20 |

    Plaintiff Randy David Ray Robertson, who at the time of filing the complaint was civilly committed to the Atascadero State Hospital, proceeds pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 20, 2023, defendants filed a motion to dismiss. Doc. 20. Plaintiff was required to file an opposition or statement of non-opposition to the motion by November 13, 2023. *See* Doc. 24. Plaintiff failed to do so. *See* Docket. On November 27, 2023, the court ordered plaintiff to file an opposition or a statement of non-opposition to the motion to dismiss within twenty-one days. Doc. 30. In that order, the court warned plaintiff that if he failed to respond to defendant's motion, the court "may construe the failure to oppose the motion to dismiss

1

as a waiver of any opposition to that motion, and may recommend that the motion be granted on that basis" or may "recommend that this action be dismissed for failure to prosecute and failure to comply with a court order." *Id.* at 2 (citing *Wystrach v. Chiachurski*, 267 Fed. App'x 606, 609 (9th Cir. 2008)). Plaintiff failed to file an opposition or a statement of non-opposition to the motion. *See* Docket. On January 8, 2024, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to comply with a court order and failure to prosecute this case. Doc. 33. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* No objections have been filed, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued January 8, 2024, Doc. 33, are **ADOPTED IN FULL**;
2. The action is dismissed, without prejudice, for failure to comply with a court order and failure to prosecute this case;
3. Defendants' pending motion to dismiss, Doc. 20, is denied as moot; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 11, 2024

UNITED STATES DISTRICT JUDGE